938

No. 1155, Misc. LEWIS, AKA EHRLICH v. ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 1156, Misc. WERNER v. CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL. . Sup. Ct. Cal. Certiorari denied.

No. 1158, Misc. LAWRENCE v. PATE, WARDEN. Sup. Ct. Ill. Certiorari denied.

No. 1160, Misc. HARSHAW v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

The following petitions for writs of certiorari are denied. THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS and MR. JUSTICE FORTAS would grant the petitions and reverse the judgments of the courts below for the reasons stated in the opinion of THE CHIEF JUSTICE in *Spencer* v. *Texas,* 385 U. S. 554, 569.

No. 15, Misc. HILLERY v. CALIFORNIA. Sup. Ct. Cal. No. 1052, Misc. ROSS, AKA HARRISON v. TEXAS. Ct. Crim. App. Tex. *William E. Gray* for petitioner. 

No. 29. OSBORN v. UNITED STATES, 385 U. S. 323. Petition for rehearing denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 666. LESTER ET AL. v. UNITED STATES, 385 U. S. 1002. Motion for leave to file supplement to petition for rehearing denied. Petition for rehearing denied.

No. 777, Misc. FONTANA v. SCHNECKLOTH, WARDEN, ET AL., 385 U. S. 998. Motion for leave to file petition for rehearing denied.